[No. 23799–3–I.   Division One.   July 2, 1990.]

GENERAL ELECTRIC SUPPLY COMPANY, *Plaintiff,* v. L.E. MYERS CO., ET AL, *Respondents,* GILBERT CORPORATION OF DELAWARE, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–11009–7, Mary Wicks Brucker, J., entered February 28, 1989. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Grosse, JJ.

[No. 21863–8–I.   Division One.   July 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN RUSSELL HAGA, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87–1–00149–3, Marshall Forrest, J., entered January 13, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Scholfield, J.

[No. 23744–6–I.   Division One.   July 2, 1990.]

WILBUR YOUNG, *Appellant,* v. MT. BAKER HOUSING REHABILITATION PROGRAM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–10254–7, Terrence A. Carroll, J., entered March 1, 1989. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Swanson, J.